IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America,<br><br>                         Plaintiff,<br>v.<br><br>Jalen Smith, et al.,<br><br>                         Defendants. | CIVIL ACTION<br><br>NO. 26-cr-23 |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of David L. Axelrod, Esquire, on behalf of Defendant Carlos Hart.

**Ballard Spahr LLP**

By:     /s/ *David L. Axelrod*

David L. Axelrod, Esquire, ID# 323792
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8639
Email: axelrodd@ballardspahr.com

*Attorney for Defendant Carlos Hart*

Dated: January 16, 2026