IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, | : CIVIL ACTION |
| Plaintiff, | : NO. 26-cr-23 |
| v. | : |
| Jalen Smith, et al., | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Henry E. Hockeimer, Esquire, on behalf of Defendant Carlos Hart.

**Ballard Spahr LLP**

By:  /s/ *Henry E. Hockeimer*

Henry E. Hockeimer, Esquire, ID# 86768
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8204
Email: hockeimerh@ballardspahr.com

*Attorney for Defendant Carlos Hart*

Dated: January 16, 2026