IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cr-00023

MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I STEVEN A. HANEY the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent CARLOS HART.  My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.   I state that I am currently admitted to practice in the following state jurisdiction(s):

| Michigan | May 23, 2002 | P63947 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

| Arizona | August 1, 2023 | 038437 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdiction(s):

| United States District Court Eastern District of Michigan | February 4, 2014 | P63947 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for: <u>Carlos Hart</u>

Name of Attorney: <u>Steven A. Haney</u>

Firm Address: <u>22815 Kelly Road, Eastpointe, Michigan 48021</u>

Telephone Number: <u>(248) 414-1470</u>

Email Address: <u>steve@haneygroup.net</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2026

Steven A. Haney
(Movant's Signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Steven A. Haney_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Henry Hockeimer | /s/ Henry Hockeimer | 2/12/01 | 86768 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Ballard Spahr LLP, 1735 Market Street, 51st Floor _____

Philadelphia, PA 19103 _____

hockeimerh@ballardspahr.com; 215-665-8500 _____

*I declare under penalty of perjury that the foregoing is true and correct.*

    Executed on  1/17/26_____                    /s/ Henry Hockeimer_____
            (Date)                                                          (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | : | Case Number:  26cr23 |
| | : | |
| v. | : | |
| | : | |
| Jalen Smith, et al. | : | |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Steven A. Haney, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

/s/Henry Hockeimer
(Signature of Attorney)

Henry Hockeimer
(Name of Attorney)

Carlos Hart
(Name of Moving Party)

1/17/26
(Date)