AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 26-23-11 |
| | ) | | |
| CARLOS HART | ) | | |
| Defendant | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CARLOS HART ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:224 BRIBERY IN SPORTING CONTESTS
18:1349 CONSPIRACY TO COMMIT WIRE FRAUD

Date: 01/14/2026

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

*George Wylesol, Clerk of Court*
*U.S. District Court, Eastern District of PA*

### Return

This warrant was received on *(date)* 1/14/26 , and the person was arrested on *(date)* 1/29/26
at *(city and state)* Philadelphia, PA .

Date: 1/29/26

*Arresting officer's signature*

Scott Baber FBI
*Printed name and title*